1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN CURLEY,                              No. 1:20-cv-00453-NONE-JLT (PC)

12                    Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS TO DISMISS
13          v.                                   COMPLAINT WITH LEAVE TO AMEND

14    CHIEF DEPUTY WARDEN CLARK, et              (Doc. Nos. 1, 12)
      al.,
15                                               THIRTY-DAY DEADLINE

16                    Defendants.

17

18          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On November 2, 2020, the assigned magistrate judge issued an order explaining why the

22    claims in plaintiff's original complaint were deficient, and directing plaintiff to either file an

23    amended complaint, seek voluntary dismissal, or elect to stand on the complaint as originally

24    plead.  (Doc. No. 8.)  Thereafter, plaintiff filed two documents (Doc. Nos. 9, 10), which the

25    magistrate judge construed as requests to stand on his original complaint (*see* Doc. No. 12 at 1).

26    On December 4, 2020, the magistrate judge filed findings and recommendations, recommending

27    that the complaint be dismissed with leave to amend.  (*Id*.)  Plaintiff timely filed objections

28    thereto.  (Doc. No. 13.)  In his objections, plaintiff does not object to the magistrate judge's

                                                1

1  conclusions regarding the original complaint, but appears to be requesting leave to amend to

2  specify the identity of certain individuals previously mentioned only in generic terms in the

3  original  complaint.  (*Id.*)  The undersigned finds this request to be consistent with the existing

4  instructions provided by the magistrate judge in the underlying screening order (Doc. No. 8), and

5  the findings and recommendations, which already recommend granting plaintiff leave to amend.

6        The court has reviewed the file and finds the findings and recommendations to be

7  supported by the record and by the magistrate judge's analysis.  Accordingly, the court orders as

8  follows:

9      1.  The findings and recommendations filed December 4, 2020 (Doc. No. 12), are adopted

10        in full;

11      2.  Plaintiff's complaint is dismissed for failure to state a claim with leave to amend being

12        granted; and

13      3.  Plaintiff shall file a first amended complaint within thirty days from the date of this

14        order.

15  IT IS SO ORDERED.

16     Dated:  **February 16, 2021**

17                       UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28