UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CURLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>CHIEF DEPUTY WARDEN CLARK, et al.,<br><br>            Defendants. | 1:20-cv-00453-NONE-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(Doc. 15) |

On February 17, 2021, this Court entered an Order Adopting Findings and Recommendations to Dismiss Complaint with Leave to Amend. (Doc. 14). Therefore, Plaintiff's motion for leave to file an amended complaint (Doc. 15) is **DENIED as moot**. Plaintiff's Amended Complaint attached to the motion as Exhibit (a) is deemed filed.

IT IS SO ORDERED.

    Dated: __**April 19, 2021**__                         **/s/ Jennifer L. Thurston**
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE